**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAL AVITAN & LAUREN SARA SAMIPUR, <br><br> Plaintiffs, <br><br> v. <br><br> KIMBERLY KIRCHMEYER, Director of California Department of Consumer Affairs, et al., <br><br> Defendants. | Case No. CV 22-8589-JFW (JPR) <br><br> **ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE AND FAILURE TO STATE A CLAIM** |

On August 2, 2023, the Court ordered Plaintiffs to file an amended complaint by August 30 and warned that if they did not do so, their claims would be dismissed for failure to prosecute and failure to state a claim. (See Order, ECF No. 43 at 2.)  To date they have not filed an amended complaint or requested an extension of time to do so, and so pursuant to that Order this action is dismissed.

DATED: September 18, 2023          _____
                                    JOHN F. WALTER
                                    U.S. DISTRICT JUDGE