JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TAL AVITAN & LAUREN SARA SAMIPUR, | ) ) ) | Case No. CV 22-8589-JFW (JPR) |
| Plaintiffs, | ) ) | **J U D G M E N T** |
| v. | ) ) | |
| KIMBERLY KIRCHMEYER, Director of California Department of Consumer Affairs, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the Order Dismissing Action for Failure to Prosecute and Failure to State a Claim, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: September 18, 2023

_____
JOHN F. WALTER
U.S. DISTRICT JUDGE